**2007–0595. State v. Cabrales.**
Hamilton App. No. C–050682, 2007-Ohio-857. On review of order certifying a conflict. The court determines that a conflict exists. The parties are to brief the issue stated in the court of appeals' Entry filed March 29, 2007:

"Are the offenses of trafficking in a controlled substance in violation of R.C. 2925.03(A)(2) and possession of a controlled substance in violation of R.C. 2925.11(A) allied offenses of similar import when the same controlled substance is involved in both offenses?"

O'DONNELL, J., dissents.

LANZINGER, J., not participating.

The conflict cases include, inter alia, *State v. Greitzer,* Portage App. No. 2003–P–0110, 2005-Ohio-4037.

Sua sponte, cause consolidated with 2007–0651, *State v. Cabrales,* Hamilton App. No. C–050682, 2007-Ohio-857.

**2007–0625. State v. Henderson.**
Summit App. No. 23512. On motion for leave to file delayed appeal. Motion denied.

MOYER, C.J., and PFEIFER, J., dissent.

**2007–0627. State v. Stadmire.**
Cuyahoga App. No. 81188, 2003-Ohio-873. On motion for leave to file delayed appeal. Motion denied.

**2007–0632. State v. Withers.**
Franklin App. Nos. 06AP–302 and 06AP–303, 2006-Ohio-6989. On motion for leave to file delayed appeal. Motion granted.

O'DONNELL and CUPP, JJ., dissent.

**2007–0663. State v. Keyes.**
Meigs App. No. 05CA16, 2006-Ohio-5032. On motion for leave to file delayed appeal. Motion denied.

CUPP, J., dissents.

**2007–0669. State v. Strickland.**
Summit App. No. 22980, 2007-Ohio-52. On motion for leave to file delayed appeal. Motion denied.

PFEIFER, LUNDBERG STRATTON and CUPP, JJ., dissent.

**2007–0670. State v. Vogt.**
Stark App. No. 2006CA00183, 2007-Ohio-488. On motion for leave to file delayed appeal. Motion granted.

O'CONNOR, O'DONNELL and LANZINGER, JJ., dissent.

**2007–0672. State v. Walker.**
Medina App. No. 06CA0006–M, 2006-Ohio-5479. On motion for leave to file delayed appeal. Motion denied.

**2007–0677. State v. Thomas.**
Franklin App. No. 06AP–339. On motion for leave to file delayed appeal. Motion denied.

**2007–0684. Rogers v. Dayton.**
Montgomery App. No. 21593, 2007-Ohio-673. On review of order certifying a conflict. The court determines that a conflict exists. The parties are to brief the issue stated at page 6 of the court of appeals' Decision and Entry filed April 11, 2007:

"Under R.C. 3937.18(K)(3)(2000), is a political subdivision 'self-insured within the meaning of the financial responsibility law' of Ohio if the political subdivision has not qualified as a self-insurer under R.C. Chapter 4509?"

PFEIFER, O'DONNELL and LANZINGER, JJ., dissent.

The conflict case is *Safe Auto Ins. Co. v. Corson,* 155 Ohio App.3d 736, 2004-Ohio-249.

Sua sponte, cause consolidated with 2007–0549, *Rogers v. Dayton,* Montgomery App. No. 21593, 2007-Ohio-673.